JOHN F. REARDON, Respondent, v. JOSEPH SPAGNA, Defendant. E. JEFFERSON BROWDER et al., Appellants.— The appellants are doctors who allegedly treated the plaintiff in a city hospital for personal injuries sustained in an accident. They claim liens on a sum to be paid to the plaintiff in settlement of an action by him to recover damages for personal injuries. The appeal is from an order, entered in the aforesaid action, on plaintiff's motion, declaring the alleged liens to be null and void. Order reversed, without costs, and motion denied, without costs. The appellants were not parties to the action. Special Term, therefore, could not, on motion in that action, determine the invalidity of the alleged liens, even though on the papers it would seem appellants have no liens. (Cf. *Finkel* v. *Kushner,* 183 Misc. 64, affd. 268 App. Div. 912, and *Matter of Braverman,* 242 App. Div. 634.) The jurisdictional objection was not waived. (*Matter of Braverman, supra*; *Odiens* v. *Odiens,* 265 App. Div. 641; *Poorman* v. *Carlton,* 122 Kan. 762.) Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ., concur. [205 Misc. 196.]

ELIZABETH M. RYAN, as Guardian ad Litem of DANIEL RYAN, an Infant, et al., Respondents, v. CITY OF POUGHKEEPSIE et al., Defendants, and MIRBERO CORPORATION, Appellant.— In an action to recover damages for personal injuries and for medical expenses and loss of services, defendant Mirbero Corporation appeals from (1) an order denying conditionally its motion to dismiss the action for failure to prosecute, and (2) from an order granting plaintiffs' motion to open their default and to compel said defendant to accept the complaint. Orders affirmed, without costs. No opinion. Nolan, P. J., Wenzel, MacCrate, Beldock and Murphy, JJ., concur.